■ The People of the State of New York ex rel. Gerald D. Lefcourt on Behalf of Ila Mason, Appellant, v. Commissioner of Correction of the

DEPARTMENT OF CORRECTION OF THE CITY OF NEW YORK, Respondent.— Judgment, Supreme Court, New York County, entered January 13, 1972, dismissing petition for a writ of habeas corpus, affirmed, without costs and without disbursements. Concur — McGivern, Markewich and McNally, JJ.; Stevens, P. J., and Murphy, J., dissent in the following memorandum: On this record we would reduce bail to $2,500. It is our view that bail of $25,000 is excessive.